# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION AT DAYTON

ABRAHAM ISA,                                          :

        Petitioner,                      :          Case No. 3:11-cv-461

    -vs-                                        :          District Judge Walter Herbert Rice
                                             Magistrate Judge Michael R. Merz

NORM ROBINSON, Warden,                                :
  Chillicothe Correctional Institution,

                                      :

        Respondent.

---

## NOTICE

---

        This case is before the Court *sua sponte*.

        The Court issued a Report and Recommendation on January 3, 2012, and omitted the following language that should have been inserted at the end of the document:

### NOTICE REGARDING OBJECTIONS

        Pursuant to Fed. R. Civ. P. 72(b), any party may serve and file specific, written objections to the proposed findings and recommendations within fourteen days after being served with this Report and Recommendations. Pursuant to Fed. R. Civ. P. 6(d), this period is extended to seventeen days because this Report is being served by one of the methods of service listed in Fed. R. Civ. P. 5(b)(2)(C), (D), (E), or (F). Such objections shall specify the portions of the Report objected to and shall be accompanied by a memorandum of law in support of the objections. If the Report and Recommendations are based in whole or in part upon matters occurring of record at an oral hearing, the objecting party shall promptly arrange for the transcription of the record, or such portions of it as all parties may agree upon or the Magistrate Judge deems sufficient, unless the assigned District Judge otherwise directs. A party may respond to another party's objections within fourteen days after being served with a copy thereof.  Failure to make objections in accordance with this procedure may forfeit rights on appeal. *See United States v. Walters*, 638 F.2d 947 (6th Cir. 1981); *Thomas v. Arn*, 474 U.S. 140 (1985).

January 4, 2012                                    s/ **Michael R. Merz**
                                                   United States Magistrate Judge